Eileen T. Booth, Esq. (CSB #182974)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC*
(Designated for Service)

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| LAUREN HAGEN,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; UNIVERSAL ACCEPTANCE CORPORATION d/b/a CARHOP FINANCE; and DOES 1 through 100 inclusive,<br>　　　　　Defendants. | CASE NO. 2:21-cv-01119-TLN-AC<br><br>**ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT TRANS UNION, LLC** |

　　This cause is before the Court on Motion to Withdraw as Counsel for Defendant TRANS UNION, LLC.

　　The Court, being duly advised, hereby GRANTS said Motion Withdrawing attorney Eileen T. Booth from this action.

　　IT IS SO ORDERED this 23rd day of August, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT TRANS UNION, LLC   – 2:21-CV-01119-TLN-AC