Elliot G. Johnson [SBN 317303]
CA Bar No. 317303
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067-2915
Telephone: (424) 204-4324
Facsimile: (424) 204-4350
johnsoneg@ballardspahr.com

*Attorneys for Defendant Universal Acceptance Corporation d/b/a CarHop Finance*

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN HAGEN;<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC, UNIVERSAL ACCEPTANCE CORPORATION d/b/a CARHOP FINANCE; and DOES 1 through 100 inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-01119-TLN-AC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT UNIVERSAL ACCEPTANCE CORPORATION d/b/a CARHOP FINANCE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Extension)** |

FOR GOOD CAUSE APPEARING, the parties' Stipulation to extend time for Defendant Universal Acceptance Corporation d/b/a Carhop Finance to answer or otherwise respond to Plaintiff's Complaint is hereby GRANTED.

Defendant Universal Acceptance Corporation d/b/a Carhop Finance shall have until September 10, 2021 to answer or otherwise respond to the Complaint in this action.

IT IS SO ORDERED.

Dated: August 23, 2021

_____
Troy L. Nunley
United States District Judge