THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorney for Defendant
Equifax Information Services LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| LAUREN HAGEN, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; UNIVERSAL ACCEPTANCE CORPORATION D/B/A CARHOP FINANCE; and DOES 1 through 100 inclusive, <br><br> Defendants. | Case No.: **2:21-CV-01119-TLN-AC** <br><br> **ORDER ON SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 30 DAYS** <br><br> Complaint served: July 8, 2021 <br> Current Response date: August 25, 2021 <br> New Response Date: September 24, 2021 |

The parties having stipulated to extend the time for Equifax Information Services, LLC to respond to the complaint herein to allow the parties to explore settlement, and the proposed extension not affecting any dates scheduled in this matter, and good cause appearing therefore,

1  **IT IS HEREBY ORDERED THAT** the parties' request to extend the time for Equifax Information Services, LLC to respond to the complaint herein is granted. Equifax Information Services, LLC shall file its responsive pleading herein on or before September 27, 2021.

Dated: August 25, 2021

_____
Troy L. Nunley
United States District Judge